# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MCR ACQUISITION COMPANY, LLC,
a Texas limited liability company,

       Plaintiff,

v.                                        Case No. 2:22-CV-00744 MLG-DLM

TODD LOPEZ, as personal representative
for the ESTATE OF OSWALDO
SANTILLANES ESTRADA, and
THE ESTATE OF OSWALDO
SANTILLANES ESTRADA,

       Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Notice Memorializing Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

It is hereby ordered that this civil action is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA